MICHAEL D. NELSON, SBN 171359
LAW OFFICE OF MICHAEL D. NELSON
870 Market Street, Suite 11245
San Francisco, California 94102
Telephone:    (415) 956-3292
Facsimile:    (415) 789-4336
Email:        mdn@mdnlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS LOCAL UNION NO. 3,<br><br>Plaintiff<br><br>v.<br><br>CENTRAL CONCRETE SUPPLY CO., INC.<br><br>Defendant | CASE NO. C09-04153 MHP<br><br>NOTICE OF VOLUNTARY DISMISSAL<br><br>[FRCP 41(a)(1)(A)] |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate and Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against the Defendant.

Date: October 14, 2010          LAW OFFICE OF MICHAEL D. NELSON

                                By: _____
                                    MICHAEL D. NELSON
                                    Attorneys for Plaintiff

Date: October 14, 2010          LITTLER MENDELSON

                                By: _____
                                    KARIN COGBILL
                                    Attorneys for Defendant

IT IS SO ORDERED
Judge Marilyn H. Patel

NOTICE OF VOLUNTARY DISMISSAL